**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARY WEST, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

HARRIET CARTER GIFTS, INCORPORATED, AND AMERIMARK DIRECT LLC,

Defendants.

---------------------------------------------------------------X

20 **CIVIL** 7364 (PAE)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated December 4, 2020, that Plaintiff and Plaintiff's attorney having filed a Notice of Voluntary Dismissal, with prejudice, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Judgment is hereby entered.

**Dated:** New York, New York
December 4, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**